# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JENNI YOON JEONG LEE (a/k/a JENNI LEE OR YOON JEONG LEE) and EVERGREEN PROPERTY DEVELOPMENTS LLC<br><br>Defendants. | Case No. 2:25-cv-00793-JHC<br><br>**ORDER FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

This Court, having considered Plaintiff Securities and Exchange Commission's Motion for Leave to File Over-Length Motion for Entry of Default Judgment, Dkt. # 10, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff shall be permitted to file a Motion for Entry of Default Judgment as to Defendants of no more than 30 pages not including

ORDER on Motion to File Over-Length Motion
for Entry of Default Judgments
SEC v. Lee, et al.
Case No. 2:25-cv-00793-JHC

the table of contents or table of authorities.

SO ORDERED.

DATED this 2nd day of September, 2025.

_____
John H. Chun
United States District Judge

ORDER on Motion to File Over-Length Motion
for Entry of Default Judgments
SEC v. Lee, et al.
Case No. 2:25-cv-00793-JHC