UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JENNI YOON JEONG LEE (a/k/a JENNI LEE OR YOON JEONG LEE) and EVERGREEN PROPERTY DEVELOPMENTS LLC<br><br>Defendants. | Case No. 2:25-cv-00793-JHC<br><br>**ORDER RE: DEFAULT JUDGMENTS** |

Before the Court is Plaintiff's Motion for Entry of Default Judgments Against Defendants Jenni Yoon Jeong Lee and Evergreen Property Developments LLC. Dkt. # 12. For the reasons stated in the motion—including the application of the *Eitel* factors—the Court GRANTS the motion.

Dated this 8th day of September, 2025.

_____
John H. Chun
United States District Judge

Order re: Default Judgments
SEC v. Lee, et al.
Case No. 2:25-cv-00793-JHC

1