UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:25-cv-00793-JHC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| JENNI YOON JEONG LEE (a/k/a JENNI LEE OR YOON JEONG LEE) and EVERGREEN PROPERTY DEVELOPMENTS LLC, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Clerk is directed to close this case.

Dated this 25th day of February 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk